NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILANTHROPIST.COM, INC.,**
*Appellant*

**v.**

**GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,**
*Appellee*

---

2021-2208

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 92065178, 92065255.

---

**JUDGMENT**

---

DEREK M. GILLIS, Barton Gilman LLP, Boston, MA, argued for appellant.  Also represented by C. ALEXANDER CHIULLI, Savage Law Partners, Providence, RI.

BASSAM IBRAHIM, Buchanan Ingersoll & Rooney PC, Alexandria, VA, argued for appellee.  Also represented by BRYCE J. MAYNARD, LAURA PITTS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2022                    /s/ Peter R. Marksteiner
Date                                  Peter R. Marksteiner
                                         Clerk of Court